IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAIHAN HABIB,** : | |
| Plaintiff, : | CASE NO. 2:24-cv-02417 (JS) |
| v. : | |
| **AQUASCAPE DESIGNS, INC.,** : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a copy of the foregoing Answer and Affirmative Defenses to Plaintiff's Complaint was electronically filed using the Court's electronic filing system which will serve all Parties of record. Parties may access this filing through the Court's system.

David M Koller
Jordan D. Santo
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
215-545-8917
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com
*Counsel for Plaintiff*

**WHITE AND WILLIAMS LLP**

BY:   /s/ *Tanya A. Salgado*
Tanya A. Salgado, Esquire
Attorneys for Defendant
Aquascape Designs, Inc.

33870791v.1