IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAIHAN HABIB**,<br>        *Plaintiff,*<br><br>  v.<br><br>**AQUASCAPE DESIGNS, INC.**,<br>        *Defendant.* | **CIVIL ACTION**<br><br>No. 24-2417 |

## ORDER

AND NOW, this 9th day of April, 2025, for the reasons in the accompanying memorandum, I **deny** the motion by Aquascape Designs, Inc. to transfer this case to the Northern District of Illinois (ECF No. 5).

An order incorporating the parties' joint recommendations for scheduling will follow.

          By the Court:

          *s/ Catherine Henry*
          _____
          Catherine Henry, J.